UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL LAIDLAW CAMERON,

    Plaintiff,                                      Civil Action No. 10-CV-14098

vs.                                                HON. BERNARD A. FRIEDMAN

CITY OF RIVERVIEW, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the court on defendants' motion for summary judgment [docket entry 16]. Magistrate Judge Michael Hluchaniuk has submitted a Report and Recommendation ("R&R") in which he recommends that the court grant defendants' motion. No party has filed objections to the R&R, and the time for doing so has expired. The court finds the magistrate judge's analysis of the issues to be correct and his recommendation to be sound. Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's R&R is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is granted.

                                                        S/Bernard A. Friedman_____
Dated: August 11, 2011                BERNARD A. FRIEDMAN
      Detroit, Michigan                SENIOR UNITED STATES DISTRICT JUDGE